UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MORFY GUILLERMO MASIER,

Petitioner,

v. Case No.: 2:26-cv-02215-SPC-NPM

I.C.E. *et al.*,

Respondent.
_______________________________/

**OPINION AND ORDER**

Before the Court are Morfy Guillermo Masier's Motion Challenging Noncompliant Bond Hearing and Requesting an Immediate Release (Doc. 8) and the federal government's response (Doc. 10).

Guillermo Masier is a noncitizen in immigration detention. The Court granted his habeas petition and ordered the government to bring him before an immigration judge for a bond hearing. On August 26, 2026, an immigration judge found that DHS proved Guillermo Masier posed a risk of flight and denied his request for relief on bond. Guillermo Masier argues the bond hearing did not comply with the Court's order. The Court disagrees. The bond order includes a thorough analysis of the evidence and the factors enumerated in *Matter of Guerra*, 24 I&N Dec. 34 (BIA 2006). The proper way to challenge the result of a bond hearing is appeal to the Board of Immigration Appeals.

This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Guillermo Masier's motion (Doc. 8) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, FL on September 14, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record